In the Matter of JOSEPH TEMPLE, Appellant. JOSEPH H. BROPHY, as Warden of Auburn State Prison, et al., Respondents.— Order affirmed, without costs of this appeal to any party. Memorandum: We regard the sentence of July 31, 1935, as a sentence of fifteen years made *nunc pro tunc* as of the date of the sentence of April 24, 1933. Good behavior time, if granted, should be on the basis of such a *nunc pro tunc* sentence, with due regard, however, being given to the time which was served on the previously owed sentence and the period spent in jail. All concur. (The order dismisses the writ and remands

petitioner into custody.) Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ.